## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **SHRIMANT NARAYAN TX** | § | |
| **REGENCY INN & SUITES** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:17-CV-00683** |
| | § | |
| **NORTHLAND INSURANCE COMPANY** | § | |

## NOTICE OF SETTLEMENT

COME NOW, Shrimant Narayan TX Regency Inn & Suites, the plaintiff herein, and Northfield Insurance Company (incorrectly sued herein as Northland Insurance Company), the defendant herein, and, pursuant to Local Rule 16.3 of the Local Rules for the Southern District of Texas, notify the Court that the parties have reached a settlement agreement that will result in a full and final release and dismissal with prejudice of all claims and causes of action asserted in this lawsuit.  The parties request thirty days to file a joint stipulation of dismissal and proposed order of dismissal and final judgment in order to afford the parties sufficient time to effectuate a full and final release and dismissal with prejudice of all claims asserted in this lawsuit.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted,

McClenny Moseley & Associates
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060
(713) 334-6121
(713) 322-5953 – facsimile


<u>/s/James M. McClenny (w/permission)</u>
James M. McClenny
State Bar No. 24091857
james@mma-pllc.com

ATTORNEYS FOR PLAINTIFF
SHRIMANT NARAYAN TX REGENCY INN & SUITES



ORGAIN BELL & TUCKER, LLP
P O Box 1751
Beaumont, TX 77704-1751
(409) 838-6412
(409) 838-6959 facsimile


<u>/s/ Greg C. Wilkins</u>
Greg C. Wilkins
State Bar No. 00797669
Southern District Bar No. 33280
gcw@obt.com

ATTORNEYS FOR NORTHFIELD INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

    I do hereby certify that on the 18th day of May, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all known counsel of record.

                                                /s/ Greg C. Wilkins
                                                Greg C. Wilkins